THE REPUBLIC OF HONDURAS, APPELLANT, *v.* MARCO AURELIO SOTO, RESPONDENT.

*Security for costs — additional security may be required when a deposit has been made in lieu of an undertaking — Code of Civil Procedure, secs.* 3272, 3276.

An order having been made requiring the plaintiff to file security for costs as a non-resident, in the amount of $250, he deposited $250 in the court as security, instead of giving an undertaking therefor. The defendant having thereafter moved for and obtained an order requiring him to give additional security, the plaintiff appeared, claiming that the court had no power to make the order, because the only case in which additional security could be required was the one specified in section 3276 of the Code of Civil Procedure, in which an undertaking for costs had been given.

*Held,* that the claim could not be sustained, as the intention of the legislature to have this section apply to the case of a deposit in lieu of an undertaking, was shown by the last sentence of the 3276th section, which made the provisions relating to a deposit, contained in section 3272, apply to an order for additional security made pursuant to section 3276.

APPEAL from an order increasing the amount of security for costs.

*Philip J. Joachimson,* for the appellant.

*Emmet R. Olcott* and *William Q. Judge,* for the respondent.

VAN BRUNT, P. J.:

An order having been made for the plaintiff to file security for costs as a non-resident, with an order to show cause upon the return of such order, the learned judge held that he could only, in the first instance, exact security in the amount of $250, and that the defendant must make another motion if he wanted increased security. The plaintiff deposited $250 in the court as security for costs, instead of giving an undertaking therefor. Subsequently the defendant moved for additional security, which motion was granted and from the order thereupon entered this appeal is taken.

It is claimed that the order appealed from is entirely without jurisdiction because the only case in which additional security can be required is one in which an undertaking for costs has been given because by section 3276 of the Code it is enacted that at any time after the allowance of an undertaking the court or a judge thereof, upon proof by affidavit that the sum specified in the undertaking is

insufficient, must make an order requiring the plaintiff to give an additional undertaking. It is, however, clear that the legislature intended this provision to apply to the case of a deposit in lieu of an undertaking, because by the last clause of section 3276, the provisions relating to a deposit contained in section 3272, are made to apply to an order for additional security made pursuant to section 3276.

There is no reason, if the amount deposited is insufficient, that the defendant should be deprived of his right to additional security which he would have, had an undertaking been given. The whole tenor of the section is that the deposit shall take the place of an undertaking and be subject to the same conditions. The order appealed from should be affirmed, with costs.

BRADY and DANIELS, JJ., concurred.

Judgment affirmed with costs.